KESSENICK GAMMA & FREE, LLP
MICHAEL A. GAWLEY (State Bar No. 294190)
mgawley@kgf-lawfirm.com
JAMES MAXWELL COOPER (State Bar No. 284054)
mcooper@kgf-lawfirm.com
44 Montgomery Street, Suite 3880
San Francisco, California 94104
Telephone: 415.362.9400
Facsimile: 415.362.9401

Attorneys for Plaintiff
ANESTHESIOLOGY CONSULTANTS OF
MARIN, A MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANESTHESIOLOGY CONSULTANTS OF MARIN, A MEDICAL GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MULTIPLAN, INC., <br><br> Defendant. | Case No. 4:18-cv-07170-HSG <br><br> **ORDER EXTENDING TIME FOR PLAINTIFF TO MOVE TO STRIKE DEFENDANT'S ANSWER** <br><br> **[L.R. 6-1(b), 6-2]** <br><br> Hon. Haywood S. Gilliam, Jr. |
| MULTIPLAN, INC., <br><br> Counter-Claimant, <br><br> vs. <br><br> ANESTHESIOLOGY CONSULTANTS OF MARIN, A MEDICAL GROUP, INC., <br><br> Counter-Defendant. | |
| MULTIPLAN, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> MARIN INDIVIDUAL PRACTICE ASSOCIATION, d/b/a MERITAGE MEDICAL NETWORK ACO, <br><br> Third-Party Defendant. | |

## JOINT STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. That Anesthesiology Consultants of Marin, a Medical Group, Inc. ("Plaintiff") and MultiPlan ("Defendant") agree and stipulate to a request for an order from this Court to extend Plaintiff's deadline to move to strike Defendant's Answer from February 22, 2019 to March 15, 2019.

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED: February 20, 2019

*/s/ Haywood S. Gilliam, Jr.*
Honorable Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE