1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANESTHESIOLOGY CONSULTANTS OF
MARIN,

          Plaintiff,

    v.

MULTIPLAN, INC.,

          Defendant.

Case No.  18-cv-07170-HSG

**CONDITIONAL ORDER OF
DISMISSAL**

      The Court having been advised that the parties have agreed to a settlement of this case,

      IT IS HEREBY ORDERED that this case be dismissed with prejudice; provided, however,
that if any party hereto shall certify to this Court, with proof of service of a copy thereon on
opposing counsel, within 60 days from the date hereof, that the agreed consideration for said
settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall
forthwith be restored to the calendar to be set for trial.

Dated:  May 3, 2019

_Haywood S. Gill, Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge