KESSENICK GAMMA & FREE, LLP
MICHAEL A. GAWLEY (State Bar No. 294190)
mgawley@kgf-lawfirm.com
JAMES MAXWELL COOPER (State Bar No. 284054)
mcooper@kgf-lawfirm.com
44 Montgomery Street, Suite 3880
San Francisco, California 94104
Telephone: 415.362.9400
Facsimile: 415.362.9401

Attorneys for Plaintiff
ANESTHESIOLOGY CONSULTANTS OF
MARIN, A MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANESTHESIOLOGY CONSULTANTS OF MARIN, A MEDICAL GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MULTIPLAN, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 4:18-cv-07170-HSG <br><br> ~~[PROPOSED]~~ CONDITIONAL ORDER OF DISMISSAL |

On March 5, 2019, the Court referred this matter to United States Magistrate Judge Elizabeth D. Laporte for a settlement conference to be held on May 2, 2019. ECF 34, 35. On May 3, 2019, the day after the settlement conference with Judge Laporte, the Court was advised that the parties had agreed to a settlement of this case. ECF 44. The Court issued a Conditional Order of Dismissal, which dismissed the case with prejudice, "provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy hereon on opposing counsel, within 60 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial." *Id.*

On June 27, 2019 Plaintiff Anesthesiology Consultants of Marin, a Medical Group, Inc. ("Plaintiff") certified to this Court, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for the parties' settlement had not yet been delivered. Plaintiff requested that rather than the case being restored to the calendar and set for trial, that the Court vacate the May 3, 2019 Conditional Order of Dismissal and issue a new conditional order of dismissal.

IT IS HEREBY ORDERED that the Court's May 3, 2019 Conditional Order of Dismissal is vacated.

IT IS FURTHER ORDERED that this case be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, by August 1, 2019, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: July 8, 2019

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge